UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 23-5615-KK-SKx** | Date: | January 3, 2024 |
|---|---|---|---|
| Title: | *State Farm General Insurance Company v. Watts Water Technologies, Inc., et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(In Chambers) Order to Show Cause Why Action Should Not Be Dismissed for Failure to Prosecute and Comply with Court Orders**

On June 1, 2023, plaintiff State Farm General Insurance Company ("Plaintiff") filed a Complaint against defendants Watts Water Technologies, Inc. and Electrolux Home Products, Inc. ("Defendants") in the Los Angeles County Superior Court. ECF Docket No. ("Dkt.") 2-1 at 2-17. On July 11, 2023, Defendants filed an Answer. Id. at 58-63. On July 12, 2023, Defendants removed the action to this Court. Dkt. 1.

On August 4, 2023, the Court issued an Order requiring the parties to participate in a private mediation under the mandatory Court-Directed Alternative Dispute Resolution Program no later than December 16, 2023. Dkt. 18. In addition, Plaintiff was ordered to file a Joint Report regarding the results of the ADR proceeding no later than December 20, 2023. Id.

To date, the Court has not received a Joint Report regarding the results of the parties' ADR proceeding. Plaintiff is, therefore, in violation of the Court's August 4, 2023 Order.

Pursuant to Federal Rule of Civil Procedure 41(b), the Court may dismiss this action with prejudice for failure to prosecute or failure to comply with a court order. See FED. R. CIV. P. 41(b). Before dismissing this action, the Court will afford Plaintiff an opportunity to explain its failure to file the Joint Report as directed by the Court's August 4, 2023 Order.

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed and/or sanctions imposed for failure to prosecute and/or comply with court orders. Plaintiff shall have **up to and including January 10, 2024** to respond to this Order.

**Plaintiff is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed without prejudice and/or other sanctions, including monetary sanctions, for failure to prosecute and comply with Court orders.** <u>See</u> F<small>ED</small>. R. C<small>IV</small>. P. 41(b).

**IT IS SO ORDERED.**